AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



UNITED STATES OF AMERICA

v.

Case Number 1:07CR00140-001

**CHRISTOPHER ELLIS EAVES,**
AKA "CEAVES"

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, CHRISTOPHER ELLIS EAVES, was represented by David O'Brien, Esquire.

The defendant pleaded guilty to count(s) 1 of the Criminal Information.  Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Copyright Infringement (Felony) | 05/2004 | 1 |

As pronounced on August 24, 2007, the defendant is sentenced as provided in pages 2 through 6** of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 24th day of August, 2007

/s/ _____

Leonie M. Brinkema
United States District Judge

**Page 6 of this document contains sealed information.

AO 245 S (Rev. 3/99)(EDVA. rev.) Sheet 4 - Probation

Defendant: CHRISTOPHER ELLIS EAVES
Case Number:   1:07CR00140-001

## PROBATION

The defendant is hereby placed on probation for a term of TWENTY-FOUR (24) MONTHS. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

While on probation, the defendant shall not commit another federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance.

While on probation, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 3/99)(EDVA. rev.) Sheet 4 (cont'd)  - Probation

Defendant: CHRISTOPHER ELLIS EAVES
Case Number:  1:07CR00140-001

## SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1)    For the first SIX (6) MONTHS of supervision the defendant will be on home confinement with electronic monitoring.  The defendant shall abide by all of the terms and conditions of the home confinement/electronic monitoring program including paying the costs of the electronic monitoring. Defendant may leave home only for work related purposes; to attend meetings with attorneys, the probation officer and any counselors; for legitimate medical appointments for himself, his wife or children, to attend bona fide religious services, to attend children's school functions, and to attend court proceedings.

2)    The defendant shall perform 40 hours of community service as directed by the probation officer.

3)    Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), defendant must remain drug free and his probation officer may require random drug testing at any time.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 - Financial Penalties

Judgment--Page 4 of 6

Defendant:  CHRISTOPHER ELLIS EAVES
Case Number:  1:07CR00140-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| 1 | $100.00 | $0.00 |
| **Total** | **$100.00** | **$0.00** |

### FINE:

No fines have been imposed in this case.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:  (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately.  If not paid immediately, the Court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 7 - Statement of Reasons

Defendant: CHRISTOPHER ELLIS EAVES
Case Number:  1:07CR00140-001

## STATEMENT OF REASONS

[X]          The Court adopts the factual findings in the Presentence Report, but varies from the guidelines under 18 U.S.C. § 3553 due to the defendant's background, the nature of the offense, and sentences of similarly situated co-defendants.

## Guideline Range Determined by the Court:

Total Offense Level:  13

Criminal History Category:  I

Imprisonment Range:  12  to  18  months

Probation Range:  1  to  5  years

Supervised Release Range:  2  to  3  years

Fine Range:  $  3,000.00  to $  30,000.00

[X] Fine waived or below the guideline range because of inability to pay.

Restitution:  $_____

[X] Full restitution is not ordered for the following reason(s):

Not applicable.